United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE DIOCESE OF MONTEREY PARISH & SCHOOL OPERATING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>MILDRED GARCIA, et al.,<br><br>Defendants. | Case No.25-cv-10477-PCP<br><br>**JUDGMENT** |

On May 11, 2026, the Court granted defendants' motion to dismiss without prejudice and without leave to amend. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of defendants and against plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: May 11, 2026

P. CASEY PITTS
United States District Judge